# NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE

275 Seventh Avenue, Suite 1506
New York, NY  10001-6860
Tel:  (212) 633-6967  Fax: (212) 633-6371
bass@nclej.org – www.nclej.org

May 21, 2015

<u>**VIA ECF**</u>

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Megan Rafferty et al. v. Robert Doar et al.*, No. 13-cv-1410 (S.D.N.Y.) (TPG)

Your Honor:

This afternoon plaintiffs emailed to the Orders and Judgments Clerk, with an e-filed copy forwarded to this Court, a proposed Stipulation and Order of Settlement that addresses each of plaintiffs' claims and resolves this class action.

Plaintiffs write on behalf of the parties to advise the Court that as a Federal Rule of Civil Procedure 23(e) fairness hearing will be necessary, the parties will submit a proposed order scheduling this hearing and setting forth a method to provide notice to class members.   The parties will be discussing methods to provide such notice to class members and will contact the Court's clerk shortly, to provide a status update.

The Court's attention to this matter is appreciated.  Thank you for your time and consideration.

Respectfully submitted,

*/s/ Greg Bass*

Greg Bass
For Plaintiffs' Counsel